UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: §
 §
COOKE, JOHN R.A. § Case No. 12-20603-PHX BKM
COOKE, NOREEN M. §
 §
 Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/17/2012 . The undersigned trustee was appointed on 09/17/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 4,321.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 400.00 |
| Bank service fees | | 285.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 212.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 3,424.00 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/03/2014 and the deadline for filing governmental claims was 06/03/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,027.25 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,027.25 , for a total compensation of $ 1,027.25 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 64.89 , for total expenses of $ 64.89 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/06/2015     By: /s/CONSTANTINO FLORES
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |  | |
|---|---|---|---|
| Case No: | 12-20603-PHX    BKM    Judge: JUDGE BRENDA K MARTIN | Trustee Name: | CONSTANTINO FLORES |
| Case Name: | COOKE, JOHN R.A. | Date Filed (f) or Converted (c): | 09/17/12 (f) |
| | COOKE, NOREEN M. | 341(a) Meeting Date: | 10/25/12 |
| For Period Ending: | 09/06/15 | Claims Bar Date: | 06/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Location: 3500 S. Camellia Plac | 383,130.00 | 0.00 | | 0.00 | FA |
| 2. Bank of America Joint Checking Account Ending in 3 | 1.38 | 0.00 | | 0.00 | FA |
| 3. Bank of America Checking Account Ending in 2857 | 10.96 | 0.00 | | 0.00 | FA |
| 4. BBVA Compass Bank Checking Account Ending in 5585 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America Checking Account Ending in 3504 - | 36.83 | 0.00 | | 0.00 | FA |
| 6. Bank of America Checking Account Ending in 0783 - | 34.33 | 0.00 | | 0.00 | FA |
| 7. Wells Fargo Checking account ending in 7812 SEE NONEXEMPT WAGES ASSET PROPERTY NO. 23 | 2,700.00 | 0.00 | | 0.00 | FA |
| 8. Wells Fargo Savings account ending in 7575 | 50.00 | 0.00 | | 0.00 | FA |
| 9. 3 Sofas, 1 Dining Room Table, 6 chairs, 3 Coffee T | 2,500.00 | 0.00 | | 0.00 | FA |
| 10. Household Goods: 2 DVD Players | 250.00 | 0.00 | | 0.00 | FA |
| 11. Music: Cds | 50.00 | 0.00 | | 0.00 | FA |
| 12. Mens and Womens Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 13. Term Life Insurance through American General | 0.00 | 0.00 | | 0.00 | FA |
| 14. Bank of America 401K | 90,437.76 | 0.00 | | 0.00 | FA |
| 15. Bank of America Pension | 27,286.28 | 0.00 | | 0.00 | FA |
| 16. 2005 HOULR Motion to Compromise 08/30/2014 DE 33 Order 11/13/2014 DE 39 | 200.00 | 200.00 | | 0.00 | FA |
| 17. 2008 Yamaha YZ85X | 800.00 | 0.00 | | 0.00 | FA |
| 18. 2005 Chevrolet Tahoe 86K Miles Valuation: Carmax A | 8,365.00 | 1,300.00 | | 0.00 | FA |
| 19. 2003 Land Rover Range Rover with 150K miles | 5,801.00 | 0.00 | | 0.00 | FA |
| 20. 2008 Sea Doo | 6,000.00 | 0.00 | | 0.00 | FA |
| 21. Pets: 1 Dog and 1 Cat | 50.00 | 0.00 | | 0.00 | FA |
| 22. FED & STATE RFDS (u) | 0.00 | 3,121.00 | | 3,121.00 | FA |
| 23. WAGES OWED DEBTOR AT TIME OF FILING (u) | 0.00 | 586.09 | | 0.00 | FA |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 12-20603-PHX  BKM   Judge: JUDGE BRENDA K MARTIN | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | COOKE, JOHN R.A. | Date Filed (f) or Converted (c): | 09/17/12 (f) |
| | COOKE, NOREEN M. | 341(a) Meeting Date: | 10/25/12 |
| | | Claims Bar Date: | 06/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Motion to Compromise 08/30/2014 DE 33 Order 11/13/2014 DE 39 24. COMPROMISE OF CLAIM (u) | 0.00 | 1,200.00 | | 1,200.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $528,203.54 | $6,407.09 | | $4,321.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 20, 2015 - TFR TO BE SUBMITTED BY 08/31/2015.

April 13, 2015-CHECKS TO FLORES LAW ISSUED.

FLORES LAW FEES SUBMITTED AND ORDER SIGNED

FINALIZING ADMINISTRATION IN PREPARATION OF TFR

REVIEWING CLAIMS

SEEKING ESTATE'S INTEREST IN NONEXEMPT PERSONAL PROPERTY

Initial Projected Date of Final Report (TFR): 06/15/14     Current Projected Date of Final Report (TFR): 08/31/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-20603-PHX -BKM | | Trustee Name: | CONSTANTINO FLORES |
| Case Name: | COOKE, JOHN R.A. | | Bank Name: | UNION BANK |
| | COOKE, NOREEN M. | | Account Number / CD #: | *******2535  Checking Account |
| Taxpayer ID No: | *******1675 | | | |
| For Period Ending: | 09/06/15 | | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/13 | 22 | John R.A. Cooke<br>Noreen M. Cooke<br>3500 S. Camellia Place.<br>Chandler, AZ  85248 | STATE INCOME TAX REFUND CALIFORNIA | | 3,121.00 | | 3,121.00 |
| | | | Memo Amount:  2,909.00<br>STATE INCOME TAX REFUND | 1224-000 | | | |
| | | | Memo Amount:  212.00<br>REFUND TO DEBTOR(S) | 1280-000 | | | |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,106.00 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,091.00 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,076.00 |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,061.00 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,046.00 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,031.00 |
| 12/23/13 | 24 | John R.A. Cooke<br>Noreen M. Cooke<br>3500 S. Camellia Place.<br>Chandler, AZ  85248 | SETTLEMENT/COMPROMISE OF CLAIM<br>THE STIPULATION INCLUDES 586.09 FOR NON EXEMPT WAGES | 1229-000 | 1,200.00 | | 4,231.00 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,216.00 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,201.00 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,186.00 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,171.00 |
| 04/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,156.00 |
| 05/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,141.00 |
| 06/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,126.00 |
| 07/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,111.00 |
| 08/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,096.00 |
| 09/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,081.00 |

Page Subtotals       4,321.00       240.00

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-20603-PHX -BKM | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|
| Case Name: | COOKE, JOHN R.A. | Bank Name: | UNION BANK |
| | COOKE, NOREEN M. | Account Number / CD #: | *******2535 Checking Account |
| Taxpayer ID No: | *******1675 | | |
| For Period Ending: | 09/06/15 | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,066.00 |
| 11/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,051.00 |
| 12/26/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,036.00 |
| 04/10/15 | 005001 | CONSTANTINO FLORES<br>FLORES LAW FIRM, PLC<br>P.O. BOX 511<br>PHOENIX, AZ 85001 | ATTORNEY FEES | 3110-000 | | 371.00 | 3,665.00 |
| 04/10/15 | 005002 | CONSTANTINO FLORES<br>FLORES LAW FIRM, PLC<br>P.O. BOX 511<br>PHOENIX, AZ 85001 | ATTORNEY EXPENSES | 3120-000 | | 29.00 | 3,636.00 |
| 06/20/15 | 005003 | JOHN R.A. COOKE<br>NOREEN M. COOKE<br>3500 S. CAMELLIA PLACE.<br>CHANDLER, AZ 85248 | DEBTOR PRO RATA SHARE OF TAX RFN | 8500-002 | | 212.00 | 3,424.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 3,121.00 | COLUMN TOTALS | | 4,321.00 | 897.00 | 3,424.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 4,321.00 | 897.00 | |
| Memo Allocation Net: | 3,121.00 | Less: Payments to Debtors | | | 212.00 | |
| | | Net | | 4,321.00 | 685.00 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 3,121.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - *******2535 | | 4,321.00 | 685.00 | 3,424.00 |
| Total Memo Allocation Net: | 3,121.00 | | | 4,321.00 | 685.00 | 3,424.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  657.00

UST Form 101-7-TFR (5/1/2011) (Page: 6)

Ver: 18.05
LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-20603-PHX -BKM | | Trustee Name: | CONSTANTINO FLORES |
|---|---|---|---|---|
| Case Name: | COOKE, JOHN R.A. | | Bank Name: | UNION BANK |
| | COOKE, NOREEN M. | | Account Number / CD #: | *******2535 Checking Account |
| Taxpayer ID No: | *******1675 | | | |
| For Period Ending: | 09/06/15 | | Blanket Bond (per case limit): | $ 54,116,227.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2535

| | | | | Page Subtotals | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 06, 2015

Case Number: 12-20603-PHX
Debtor Name: COOKE, JOHN R.A.

Claim Class Sequence

Joint Debtor: COOKE, NOREEN M.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| A1 001 3110-00 | CONSTANTINO FLORES FLORES LAW FIRM, PLC P.O. BOX 511 PHOENIX, AZ 85001 | Administrative | | $0.00 | $371.00 | $371.00 |
| A2 001 3120-00 | CONSTANTINO FLORES FLORES LAW FIRM, PLC P.O. BOX 511 PHOENIX, AZ 85001 | Administrative | | $0.00 | $29.00 | $29.00 |
| 000001 070 7100-00 | eCast Settlement Corporation P.O. Box 7247-6971 Philadelphia, PA 19170-6971 | Unsecured | | $8,592.00 | $9,925.00 | $9,925.00 |
| 000002 070 7100-00 | Wells Fargo Card Services PO Box 9210 Des Moines, IA 50306 | Unsecured | | $2,748.00 | $2,627.32 | $2,627.32 |
| 000003 070 7100-00 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $9,870.00 | $10,209.40 | $10,209.40 |
| 000004 070 7100-00 | AMERICAN EXPRESS CENTURION BANK C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $3,675.00 | $3,817.77 | $3,817.77 |
| 000005 070 7100-00 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Unsecured | | $186.00 | $369.17 | $369.17 |
| D1 999 8500-00 | JOHN R.A. COOKE NOREEN M. COOKE 3500 S. CAMELLIA PLACE. CHANDLER, AZ 85248 | Unsecured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $25,071.00 | $27,348.66 | $27,348.66 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-20603-PHX BKM
Case Name: COOKE, JOHN R.A.
                 COOKE, NOREEN M.
Trustee Name: CONSTANTINO FLORES

       Balance on hand                                $        3,424.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CONSTANTINO FLORES | $ 1,027.25 | $ 0.00 | $ 1,027.25 |
| Trustee Expenses: CONSTANTINO FLORES | $ 64.89 | $ 0.00 | $ 64.89 |
| Attorney for Trustee Fees: CONSTANTINO FLORES | $ 371.00 | $ 371.00 | $ 0.00 |
| Attorney for Trustee Expenses: CONSTANTINO FLORES | $ 29.00 | $ 29.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses              $     1,092.14
    Remaining Balance                                               $     2,331.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,948.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | eCast Settlement Corporation | $ 9,925.00 | $ 0.00 | $ 858.81 |
| 000002 | Wells Fargo Card Services | $ 2,627.32 | $ 0.00 | $ 227.34 |
| 000003 | AMERICAN EXPRESS CENTURION BANK | $ 10,209.40 | $ 0.00 | $ 883.42 |
| 000004 | AMERICAN EXPRESS CENTURION BANK | $ 3,817.77 | $ 0.00 | $ 330.35 |
| 000005 | CAPITAL ONE, N.A. | $ 369.17 | $ 0.00 | $ 31.94 |

Total to be paid to timely general unsecured creditors    $  2,331.86

Remaining Balance    $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE